IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR EVANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALERO ENERGY CORPORATION,<br>and KELLY MILLER,<br><br>　　　　Defendants. | CV F 07-0130 AWI SMS<br><br>ORDER VACATING<br>HEARING DATE OF<br>FEBRUARY 26, 2006, AND<br>TAKING MATTER UNDER<br>SUBMISSION. |

　　　　In this action for damages, defendants Valero Energy Services, Inc., and Kelly Miller ("Defendants") have noticed for hearing and decision a Motion to dismiss the complaint. The matter was scheduled for oral argument to be held on February 26, 2007. The Court has reviewed Defendants' motion, Plaintiff's motion to strike the motion to dismiss (which the court construes as Plaintiff's opposition), Defendants' opposition to the motion to strike (which the court construes as Defendants' reply), and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

　　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 26, 2007, is VACATED, and no party shall appear at that time. As of February 26, 2007, the matter will be taken under submission and the court will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   February 21, 2007**              /s/ Anthony W. Ishii
h2ehf                                       UNITED STATES DISTRICT JUDGE